UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

**William McGair**

   VS.         Plaintiff(s),

**Solgen Power LLC; et al.**

              Defendant(s),

Case No.:3:23-CV-00162-HZ

AFFIDAVIT OF SERVICE

STATE OF WASHINGTON
COUNTY OF SNOHOMISH ss.

      The undersigned, being first duly sworn on oath deposes and says: That he/she is now and at all times herein mentioned was a resident of the United States, over the age of eighteen years, not a party to or interested in the above entitled action and competent to be a witness therein.

      That on 3/30/2023 at 12:28 PM at the address of 11027 Meridian Ave N Ste 102, Seattle, within King County, WA 98133, the undersigned duly served the following document(s): Summons in a Civil Action; Complaint; Civil Cover Sheet; Civil Case Assignment Order in the above entitled action upon Verity Credit Union c/o Tonita Webb, CEO, by then and there personally delivering 1 true and correct set(s) of the above documents into the hands of and leaving same with Reza Fazel-Hasheni, Assistant Branch Manager, who is authorized to accept service on behalf of the above.

Additional Comments: The undersigned thereafter caused 1 true and correct set(s) of the above stated documents to be mailed via First Class Mail, postage prepaid, from within King County, to Verity Credit Union c/o Tonita Webb, CEO at 11027 Meridian Ave N Ste 102, Seattle, WA 98133 on 3/30/2023.

Physical description of person served: Gender: Male | Skin Color: Brown Skin | Age: 30 | Height: 5' 11" | Weight: Medium | Hair: Brown

I declare under penalty of perjury under the laws of the state of WASHINGTON that the foregoing is true and correct.

DATE: 3/31/2023
TOTAL: $ 105.00

N. Young
Registered Process Server
License#: 2022-02 - Expiration Date: 1/17/2024
Seattle Legal Messengers
4201 Aurora Avenue N, #200
Seattle, WA 98103
(206) 443-0885

Subscribed and sworn before me, a Notary Public, this 31st day of March, 2023

AFFIDAVIT OF SERVICE    NATHAN H SPILDE, Notary Public 146    PAGE 1
My Commission expires on: 3/28/26