Hope Del Carlo, OSB #002410
hope@elemental.law
Elemental Law LLC
7805 SW 40th Ave., #19025
Portland, OR 97280-0818
Tel: 503-789-7372
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WILLIAM McGAIR,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SOLGEN POWER LLC and VERITY CREDIT UNION,<br><br>　　　　　Defendants. | Case No.: 3:23-cv-00162-HZ<br><br>UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS |

L.R. 7.1 Certificate of Compliance:

Pursuant to L.R. 7.1, counsel certifies that she has conferred with counsel for the defendants in this case, and they do not oppose the relief requested in this Motion.

///

///

///

Page 1 – UNOPPOSED MOTION FOR EXTENSION OF TIME DEFENDANTS' MOTION TO DISMISS

ELEMENTAL LAW LLC
7805 SW 40th Ave., #19025
Portland, OR 97280
Tel: 503/789-7372 Fax: 503/345-6655

Motion:

1. Defendants filed their Motion to Dismiss and Exhibits on May 19, 2023. The plaintiff's response to the Motion to Dismiss is due on June 16, 2023, and defendants' reply brief is due two weeks after that, on June 30, 2023, in accord with the court's order of June 1, 2023, granting the parties' joint motion to extend the original briefing schedule.

2. The parties are discussing settlement. The plaintiff requests additional time to file his response to the Motion to Dismiss while negotiations are ongoing; he moves the court for a fourteen-day extension of his existing deadline to file the Response to the Motion to Dismiss.

3. This is the second motion for extension of the briefing deadlines for this Motion. It is not filed for the purposes of unwarranted delay and defendants to not oppose it.

Dated this 16th day of June, 2023.

*/s/ Hope Del Carlo*
Hope Del Carlo, OSB #002410
Elemental Law LLC
7805 SW 40th Ave., #19025
Portland, OR 97280
hope@elemental.law
Tel: 503/789-7372
Fax: 503/345-6655

Attorney for Plaintiff