Hope Del Carlo, OSB #002410
hope@elemental.law
Elemental Law LLC
7805 SW 40th Ave., #19025
Portland, OR 97280-0818
Tel: 503-789-7372
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| WILLIAM McGAIR, | Case No.: 3:23-cv-00162-HZ |
| Plaintiff, | |
| v. | STIPULATED JUDGMENT OF DISMISSAL PURSUANT TO FRCP 41(a) |
| SOLGEN POWER LLC and VERITY CREDIT UNION, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff William McGair and Defendants Solgen Power LLC and Verity Credit Union, by and through their counsel of record herein, hereby stipulate to the dismissal of this action with prejudice and without an award of costs or attorney fees to any party.

IT IS SO STIPULATED on this 4th day of July, 2023:

    */s/ Hope Del Carlo*
Hope Del Carlo, OSB #002410
Elemental Law LLC
7805 SW 40th Ave., #19025
Portland, OR 97280
hope@elemental.law
Tel: 503/789-7372
Fax: 503/345-6655

Attorney for Plaintiff


*/s/ Douglas E. McKinley*
DOUGLAS E. MCKINLEY, JR., *Pro Hac Vice*
Attorney at Law
8350 W. Gradridge Blvd., Ste. 200-431
Kennewick, WA 99336
doug@mckinleylaw.com
phone 509-628-0809
fax 509-392-8083

CHRISTOPHER R. BLODGETT, OSB No. 226732
Leavy Schultz Davis
2415 W. Falls Ave.
Kennewick, WA 99336
cblodgett@tricitylaw.com
phone 509-736-1330
fax 509-736-1580

Attorneys for Defendants
SOLGEN POWER LLC and
VERITY CREDIT UNION

Page 2 – STIPULATED JUDGMENT OF DISMISSAL
PURSUANT TO FRCP 41(a)

ELEMENTAL LAW LLC
7805 SW 40th Ave., #19025
Portland, OR 97280
Tel: 503/789-7372 Fax: 503/345-6655